30,368-07

CAUSE NO. # 15610-F
WR.#30,368-06

COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308-CAPITOL STATION
AUSTIN , TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2016

Abel Acosta, Clerk

ROSS WAYNE NIX

V.

STATE OF TEXAS

§
§
§
§
§

CAUSE NO. 15610-F

WR. #30,368-06

******************************************************************

REQUEST THE COURT TO COMPEL THE 253RD JUDICIAL DISTRICT OF
LIBERTY COUNTY TEXAS  TO RESPOND TO WRIT OF HABEAS CORPUS
15610-F THAT WAS FILED ON  FEBRUARY 22nd,2016!

******************************************************************

TO THE HONORABLE COURT,

        Comes now,ROSS WAYNE NIX and asks the COURT to
compel the 253RD JUDICIAL DISTRICT COURT of LIBERTY COUNTY,TX.
TO RESPOND TO THE WRIT OF HABEAS CORPUS THAT WAS FILED ON FEBRUARY
22nd,2016.

    State responded APRIL 05,2016 and i filed my rebuttal APRIL
06,2016.

    I have wrote the District Clerk DONNA G. BROWN OF LIBERTY,COUNTY
abouit the stais of the writ and have not heard back from them

    I've written to the COURT OF CRIMINAL APPEALS several times
and the only writ that has been filed is the 15610-E.

    Would you look into into why the writ has not been forwarded
to the COURT OF CRIMINAL APPEALS OF TEXAS

    DISTRICT CLERK'S ADDRESS IS :DONNA G. BROWN
                                 DISTRICT CLERK,LIBERTY COUNTY
                                 1923 SAM HOUSTON RM/115

                                 LIBERTY , TX.77575

    I thank you in advance for your help in getting  this matter
taken care of for  me.

                        SINCERELY,

                        Ross Wayne Nix

CAUSE NO. 15610-H.
ABEL ACOSTA
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN , TEXAS 78711

ROSS WAYNE NIX                          §
T.D.C.J.-ID#00434025                    §
Wynne Unit                              §  CAUSE NO.15610-F.
810 FM 2821                             §
Huntsville,Texas 77349                  §

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COURT CLERK ACOSTA,                          06/ 15th/2016
          Sir, this a copty of the letter that i sent to
the District Court Clerk concerning the Writ of Habeas Corpus
that was filed in the Cause no. 15610-F.
          Would you follow up ohm it and see that the 253rd Judicial
District Court of Liberty county,Texas forwards the Writ to the
Criminal Court of Appeals of Texas and stop them from sitting
on the writ.
     Any and all assistance in this matter will be greaTly appricated
i can be reached at the above address for any additional information
that may be neaded by your office to comply with this letter
to the COURTS.

                    SINCERELY,
          ---------------------------
               ROSS WAYNE NIX

                    (1 of 3).

CAUSE NO. 15610-F

DONNA G. BROWN

LIBERTY COUNTY DISTRICT CLERK

1923 SAM HOUSTON RM 7115

LIBERTY , TEXAS 77575

ROSS WAYNE NIX#434025                    §

WYNNE UNIT                               §

810 FMM 2821                             §

HUNTSVILLE , TEXAS 77349                 §

                                         §

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MS. BROWN                                         06/15th/2016

Would you look into why the WRIT OF HABEAS CORPUS was
not sent to the CRIMINAL COURT OF APPEALS OF TEXAS as of JUNE
09th,2016.

I mailed it to the 253rd Judicial District Court of Liberty
County,Texas Fenruary 22nd,2016 and the District Attorney
Assistanted by STEPHEN C. TAYLOR filed the States reply brief
on March 31,st 2016 about it.

Irespollede to the States reply brief on APRIL 05th,2016 and
so far it has not been sent to the Court's of Criminal Appeals
as of the date mentioned.

.The only WRIT OF HABEAS CORPUS that has been filed is the
one on the BOARD OF PARDONS AND PAROLES for violating the EX
POST FACTO CLAUSE OF THE UNITED STATES CONSTITUTION IN CVAUSE
NO.15610-E.

Would you access your records and see why the writ was not
forwarded to thje CRIMINALSCOURT OF APPEALS OF TEXAS.

I thank you in advance for your help in getting this infront
of the proper Court's.

SINCERELY,

ROSS WAYNE NIX

(1 OF 1).